**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01387-CV

**VERITEX COMMUNITY BANK F/K/A VERITEX COMMUNITY BANK N.A.,**
**Appellant**

**V.**

**JOHNSON KIDZ, INC. D/B/A KIDDIE ACADEMY CHILD CARE CENTER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06164**

## ORDER

The reporter's record in this appeal from a jury trial is overdue. Although appellant has not filed a docketing statement indicating it requested the record and who recorded the proceedings, our records reflect the trial court's official court reporter at the time was Vielica Dobbins. Our records reflect Ms. Dobbins is now the official court reporter of the 193rd Judicial District Court.

Because Ms. Dobbins was the official court reporter at the time of trial, notice that the reporter's record was overdue was sent to her on December 19, 2018. The notice directed her to file either the reporter's record or written verification no hearings were recorded or appellant had

not requested the record. When she failed to respond, we ordered her to file the record or requested verification no later than March 1, 2019. To date, she has not responded.

Because the appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** Ms. Dobbins to file the record or requested verification **no later than March 15, 2019.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Tina Thompson, Official Court Reporter of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/    ERIN A. NOWELL
       JUSTICE